| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Davis, William E | 2. Court or Organization<br><br>U.S. Court of Appeals, 5th Cir | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ◯ Annual    ◉ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>1/31/2004 |
| 7. Chambers or Office Address<br><br>800 Lafayette St<br>Suite 5100<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Partner | Partnership composed of Michael R. Morton and me on property listed under Item VII. Partnership exists solely to own and rent real estate |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☒ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   2005 MAY 13 P 12:12   RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12-31-04 | Tanner Companies, Inc. (self-employed retail sales-women's clothing (S) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason Law & Economics Center | 9-29 to 10-3 Seminar on Winston Churchill (Transportation, Food, Housing) |
| 2. FREE Foundation | 7-5 to 7-9 Environmental Seminar (Transportation, Food, Housing) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | City Club of Lafayette | Complimentary membership | $400 |
| 2. | Plimsol Club, New Orleans, LA | Complimentary membership | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank,, successor to First National Bank, Lafayette, LA 70509 | An in rem mortgage (no personal liability) is in effect on office building and warehouse (cont'd. Part 8) | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Checking acct., Bank One, Lafayette, LA | A | Interest | J | T | | | | | |
| 2. Office Bldg. & Warehouse, New Iberia, LA (1/2 interest) | E | Rent | M | W | | | | | |
| 3. Common stock, Land Coast Insulation, Inc. | C | Dividend | M | W | | | | | |
| 4. Bank One/Nat.Financial Serv. (successor to Marquis) | A | Dividend | K | T | | | | | |
| 5. Vanguard Short Term Tax Exempt (one-half interest) | B | Interest | L | T | | | | | |
| 6. Vanguard Intermediate Term Tax Exempt Shares | A | Interest | K | T | | | | | |
| 7. Vanguard Limited Term Tax Exempt Exempt Fund | A | Interest | K | T | | | | | |
| 8. Vanguard Health Care Fund | A | Dividend | K | T | | | | | |
| 9. Louisiana Stad & Expo Dist. | A | Interest | K | T | | | | | |
| 10. New Orleans, LA Pub. Impt. | C | Interest | L | T | | | | | |
| 11. Bank One Savings Account - ▇ | C | Int. | M | T | | | | | |
| 12. Bank One Savings Account - ▇ | A | Interest | K | T | | | | | |
| 13. Rapides Parish School District | A | Interest | K | T | | | | | |
| 14. Salomon Smith Barney - Money fund | A | Interest | J | T | | | | | |
| 15. Vanguard GNMA Fund | B | Interest | K | T | | | | | |
| 16. Vanguard Total Stock Market Fund (IRA) | C | Interest | M | T | | | | | |
| 17. Competitive Capital Partners Fund | A | Interest | K | T | | | | | |
| 18. Royal Bank of Scotland | A | Interest | J | T | B y | 8-18 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,001-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, William E | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Citigroup Inc. (X) | A | Dividend | J | T | . | | | | |
| 20. Duff Phelps DNP Select Income Fund (X) | A | Dividend | J | T | | | | | |
| 21. Citigroup Capital (X) | B | Interest | K | T | | | | | |
| 22. Ernest Morial - New Orleans, LA Bond (X) | A | Interest | K | T | | | | | |
| 23. General Electric Co. (X) | A | Interest | J | T | | | | | |
| 24. General Motors (X) | A | Dividend | K | T | | | | | |
| 25. Intel Corp. (X) | A | Interest | J | T | | | | | |
| 26. Jefferson Parish LA Rev. Pub (X) | A | Interest | K | T | | | | | |
| 27. Progress Energy Inc. (X) | A | Interest | J | T | | | | | |
| 28. Regions FDIC (X) | A | Dividend | J | T | | | | | |
| 29. Regions Bank (X) | B | Dividend | K | T | | | | | |
| 30. Royal Bank of Scotland (X) | A | Dividend | J | T | | | | | |
| 31. U.S. Restaurant Properties (X) | A | Dividend | K | T | | | | | |
| 32. Cisco Systems (X) | A | Interest | J | T | | | | | |
| 33. Webster Parish School Bond (X) | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraised | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

The increase in the value of my assets is partly attributable to ▮▮▮▮ inheritance from ▮▮▮▮ who died in December 2003.

Part 6. Description re: An in rem, con'd listed in Par. VII(2) securing indebtedness of Land Coast Insulation, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                 Date $5-12-05$

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544